motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant pay respondent thirty dollars costs; otherwise, motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and Another, Respondents.— Motion for stay pending appeal granted, upon condition that appellant perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant give an undertaking, with corporate surety, to secure defendants from all loss by reason of the appeal; the amount of such undertaking to be fixed upon the settlement of the order; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ. Settle order on notice.

MARTIN-EVANS COMPANY, Respondent, v. LINDELL-PARK GARAGE CORPORATION and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

LEWIS JOSEPH O'BRIEN and THERESA O'BRIEN, Respondents, v. MARIE FEDERMAN and LULU MORITZ, Appellants.— Motion for stay of temporary injunction denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOSEPH PARISI, Respondent, v. FRANK CASTELLI and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

PINE GROVE POULTRY FARM, INC., Respondent, v. NEWTOWN BY-PRODUCTS MANUFACTURING COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILHELMINA BENEDICT, Appellant.— Motion for reargument of motion granted, and, upon reargument, motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BOSCH, Appellant.— Motion to dispense with printing record and brief denied, without costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KAUFMAN, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RITA SCOTTE, Respondent, v.